IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**KEVIN JENKINS,**
        **Plaintiff,**

v.                        Civil Action No. 5:19-cv-00028-EKD

**STEVEN KAY EYE A, INC.,**
        **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal with prejudice of all claims in the above-styled action.

There are no longer any issues in this action between Plaintiff and Defendant to be determined by the Court, and the court shall retain jurisdiction for the purpose of enforcement of the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 311 U.S. 575 (1994).

Respectfully submitted this 28th day of October, 2019.

*By: /s/ Thomas Domonoske (by RSR w/permission)*
Thomas Domonoske, Esq. VSB: 35434
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (540) 442-7706
Email: tom@clalegal.com
*Counsel for Plaintiff*

/s/ Robert S. Reverski, Jr.
Robert S. Reverski, Jr. (VSB No. 42383)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23112
Telephone: 804.560.9600
Facsimile: 804.560.5997
Email: rreverski@midkifflaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 2019, this document was filed with the Court's CM/ECF system, which will provide service copies on the following counsel of record:

Thomas Domonoske, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
*Counsel for Plaintiff*

Brad D. Weiss, Esquire
Charapp & Weiss, LLP
8180 Greensboro Drive, Suite 1000
McLean, Virginia 22102
*Co-Counsel for Defendant*